UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAY DUENAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>HILFER, et al.,<br><br>                    Defendants. | Case No. 5:24-cv-01794-ODW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order to Show Cause (Dkt. 5), and the Report and Recommendation of the magistrate judge issued on October 15, 2024 (Dkt. 7, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: November 20, 2024

_____

OTIS D. WRIGHT, II
United States District Judge