JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RAY DUENAS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HILFER, et al.,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-01794-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice.

Dated: November 20, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　United States District Judge